1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANNY SAUL ROSALES,

11          Petitioner,                   No. CIV S-07-0168 DFL DAD P

12     vs.

13   THOMAS L. CAREY, Warden, et al.,

14          Respondents.                  ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

18          Petitioner, by and through the Office of the Federal Defender, has also filed an

19   application for appointment of counsel and a supplemental application to appoint counsel.  In

20   light of the complexity of the legal issues involved, the court has determined that the interests of

21   justice require appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v.

22   Look, 718 F.2d 952, 954 (9th Cir. 1983).

23          Since petitioner may be entitled to the requested relief if the claimed violation of

24   constitutional rights is proved, respondents will be directed to file a response to petitioner's

25   application.

26   /////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Respondents are directed to file an answer within forty-five days from the date

3    of this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with

4    the answer any and all transcripts or other documents relevant to the determination of the issues

5    presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

6    2. Petitioner's traverse, if any, is due on or before thirty days from the date

7    respondents' answer is filed;

8    3. The Clerk of the Court shall serve a copy of this order together with a copy of

9    petitioner's application for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant

10   Attorney General;

11   4. The Federal Defender is appointed to represent petitioner;

12   5. The Clerk of the Court is directed to serve a copy of the petition and this order

13   on Ann C. McClintock, Assistant Federal Defender; and

14   6. Petitioner's counsel shall contact the Clerk's Office to make arrangements for

15   copies of documents in the file.

16   DATED: March 2, 2007.

17

18   _____

19   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

20   DAD/bb/9
     rosa0168.100f.110a

21

22

23

24

25

26

2