IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANNY SAUL ROSALES,** | 2:07-cv-00168-DFL-DAD |
| Petitioner, | **ORDER** |
| v. | |
| **THOMAS L. CAREY, Warden, et al.,** | |
| Respondents. | |

Respondent's first request for a thirty-day extension of time to file a response to the petition for writ of habeas corpus was considered by the Court, and good cause appearing, Respondent's April 13, 2007 request is granted.

IT IS HEREBY ORDERED that Respondent shall file a response by May 16, 2007.

DATED: April 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/rosa0168.111

1