IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY SAUL ROSALES, | NO. S 07-00168 DFL DAD |
| Petitioner, | **ORDER** |
| v. | |
| THOMAS CAREY, Warden, et al., | |
| Respondents. | |

    Petitioner's first request for a twenty-eight day extension of time to file a traverse to the Respondents' answer was considered by this Court, and good cause appearing, Petitioner's June 11, 2007, request is granted.

    IT IS HEREBY ORDERED that Petitioner shall file his traverse and supporting memorandum of points and authorities on or before July 13, 2007.

DATED: June 11, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/rosa0168.111trav