UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY SAUL ROSALES,                    )    NO. 2:07-CV-168-RHW-JPH
                                       )
                Plaintiff,             )    ORDER ALLOWING ADDITIONAL
                                       )    BRIEFING
       v.                              )
                                       )
CALIFORNIA BOARD OF PAROLE             )
HEARINGS, et al,                       )
_____Defendant._____

     This Court stayed this matter pending issuance of final
disposition of Hayward v. Marshall, 603 F. 3d 546 (9th Cir. 2010).
Mandate issued on June 10, 2010 and that matter is now final.
     The Court will allow, but not require, the parties to submit
any additional briefing they desire in response or comment to the
final decision in Hayward v. Marshall, supra. Such additional
briefing should be filed with the clerk of court on or before
September 7, 2010.
     IT IS SO ORDERED this 5th day of August, 2010.


                              s/ James P. Hutton_____
                              JAMES P. HUTTON
                              UNITED STATES MAGISTRATE JUDGE


ORDER * - 1